No. 221. RITTER ET AL. *v.* WYOGA GAS & OIL CORPORATION. October 14, 1940. Petition for writ of certiorari

to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Fred Katzmaier* for petitioners. *Mr. Samuel S. Jennings, Jr.* for respondent.